UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BENJAMIN RUSSELL GROTHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:14CV72 CDP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

Plaintiff Benjamin Grothe filed this case on May 23, 2014, appealing the denial of her applications for Supplemental Security Income and Disability Insurance Benefits. I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on September 28, 2015.

Plaintiff now seeks attorney's fees in the amount of $3,605.25, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has no objection to the payment of the amount requested. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find that plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2524 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#25] is GRANTED, and defendant shall pay plaintiff $3,605.25 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2015.